IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTOPHER DAGOSTINO,<br><br>       Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner<br>of Social Security,<br><br>       Defendant. | CV 26-10-M-KLD<br><br><br>ORDER |

Based on the stipulation of the parties (Doc. 9),

IT IS ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security.  On remand, the Commissioner will offer a hearing, further develop the record as necessary, and issue a new decision.

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 27th day of April, 2026

_____
Kathleen L. DeSoto
United States Magistrate Judge

1