UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTOPHER DAGOSTINO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO, Commissioner<br>　of Social Security,<br><br>　　　　　　Defendant. | Case No. CV-26-10-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security.

　　　Dated this 28th day of April, 2026

　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　By:　/s/ Hailey Jaksha
　　　　　　　　　Deputy Clerk