IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTOPHER DAGOSTINO,<br><br>      Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | CV 26-10-M-KLD<br><br><br>ORDER |

Plaintiff Christopher Dagostino, by and through his attorney, Eric Rasmusson, has filed an unopposed motion under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting this Social Security appeal. (Doc. 12). Plaintiff requests $7,850.00 in fees pursuant to 28 U.S.C. § 2412(d) and $405.00 in costs pursuant to 28 U.S.C. § 1920, for a total award in the amount of $8,255.00.  Upon Plaintiff's Motion for Fees under the Equal Access to Justice Act, and for good cause showing:

IT IS HEREBY ORDERED that attorney fees and costs in the total amount of $8,255.00 shall be awarded to Plaintiff pursuant to the EAJA. If the United States Department of Treasury determines that Plaintiff's EAJA fees and costs are not subject to offset allowed under the Treasury Offset Program, the fees and costs

shall be made payable to Plaintiff's attorney. Whether the award is made payable to Plaintiff or his attorney, payment shall be delivered either electronically or by mail to Plaintiff's attorney at the following address:

Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202

DATED this 6th day of August, 2026

_____
Kathleen L. DeSoto
United States Magistrate Judge